UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>          Plaintiff, )<br> )<br> )   Criminal No. 14-10352-NMG<br>          v. )<br> )<br> )<br>JAMES PATTERSON )<br>          Defendant. ) | |

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET IN PARTIAL SATISFACTION OF MONEY JUDGMENT**

The United States, by and through its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, respectfully moves this Court under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for a preliminary order of forfeiture for the following property as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), in partial satisfaction of the defendant's $34,871 money judgment:

   a.   one 1994 black Volvo, bearing vehicle identification number YV1KS9510R0041535, and Massachusetts license plate 353PY1, (the "Vehicle").

In support of its motion, the United States submits the following:

   1.   On December 4, 2014, a federal grand jury sitting in the District of Massachusetts returned a six-count Indictment charging defendant James Patterson (the "Defendant"), with Bank Robbery, while on release, in violation of 18 U.S.C. §§ 2113(a), 3147 (Counts One through Five), and Attempted Bank Robbery, while on Release, in violation of 18 U.S.C. §§ 2113(a), 3147 (Count Six).

   2.   The Indictment also contained a forfeiture allegation, pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), which provided notice that the United States sought the

*Motion allowed. /s/ NM Gorton, USDJ   9/20/17*